REEDY, Respondent, v. EBSEN, Appellant.

(245 N. W. 908.)

(File No. 7307. Opinion filed December 30, 1932.)

For former opinion, see 60 S. D. 1, 242 N. W. 592.

*Caldwell & Burns,* of Sioux Falls, for Appellant.

*Thomas McInerny,* of Elk Point, for Respondent.

PER CURIAM. In the above-entitled actiton judgment below was for the plaintiff, and on appeal the case was affirmed. See same title, 60 S. D. 1, 242 N. W. 592. Thereafter, on request of defendant-appellant, a rehearing was granted and the case has been further argued.

After due consideration of all matters presented upon the rehearing, the former opinion is adhered to.

All the Judges concur.